# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEVIN JAMES TEEMAN and ANDREA JOY LYONS, <br> *Plaintiff* <br> v. <br> YAKIMA COUNTY, YAKIMA COUNTY SHERIFF'S OFFICE, MIKE RUSSELL, BRIAN WINTER, CHAD MICHAEL, and LEO HULL <br> *Defendant* | Civil Action No. 1:15-CV-3139-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Second Motion and Memorandum for Summary Judgment (ECF No. 25) is GRANTED. Judgment is entered in favor of the defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for summary judgment.

Date: July 20, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen